COHEN|JOHNSON, LLC.  E-Filed
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
hsjohnson@cohenjohnson.com
BRIAN A. MORRIS, ESQ.
Nevada Bar No.: 11217
bam@cohenjohnson.com
255 E Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Joan Morris &*
*Jockey Resorts Suites, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>MARY P. MUSSO,<br><br>Debtor. | Case No.:    11-16245-MKN<br><br>Chapter 7<br><br>Adversary No. 11-01332-MKN |
| JOAN MORRIS, as the Trustee of The Morris 1992 Trust, dated September 23, 1992; JOAN MORRIS, an individual; and JOCKEY RESORTS SUITES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY MUSSO, an individual;<br><br>Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY COMPLAINT

COMES NOW, JOAN MORRIS, as Trustee of the Morris 1992 Trust, dated September 23, 1992; JOAN MORRIS and JOCKEY CLUB RESORTS SUITES, LLC. by and through their counsel of record, H. Stan Johnson, Esq. of COHEN|JOHNSON, LLC., and hereby voluntarily dismisses the Adversary Complaint filed herein against the Debtors MARRY P. MUSSO for (1) obtaining money, property, or services of an extension, renewal, or refinancing through false

1  pretenses, false representation or actual fraud and (2) with the intent to willfully or maliciously
2  harm the Plaintiffs by falsely obtaining funds through fraudulent deeds of trust. Further, parties
3  are not liable for any attorney fees or costs stemming from the prosecution of defense of this
4  action incurred by one another, and the said Adversary Complaint is dismissed with prejudice.
5       Dated this 27th day of October, 2014.

COHEN|JOHNSON, LLC.

By: _____
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
hsjohnson@cohenjohnson.com
BRIAN A. MORRIS, ESQ.
Nevada Bar No.: 11217
bam@cohenjohnson.com
255 E Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
*Attorneys for Joan Morris &*
*Jockey Resorts Suites, LLC*

**CERTIFICATION OF SERVICE**

I certify that I am an employee of COHEN|JOHSNON, LLC. and that on this 27th day of October, 2014, I served a copy of the NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY COMPLAINT by depositing the same in the U.S. Mail, postage prepaid, upon the following parties and addresses listed below via U.S. Mail:

Mary Musso
3177 Latta Road, #132
Rochester, NY 14612

_____
Kelly J. Montgomery, an employee of Cohen|Johnson, LLC.